UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

ELLIS CROSBY & ASSOCIATES, INC,    Case No.: 3:05-bk-15194
                                    Chapter 11

　　　　　Debtor.
_____/

## ORDER GRANTING STATE OF FLORIDA, DEPARTMENT OF LEGAL AFFIARS, OFFICE OF THE ATTORNEY GENERAL'S MOTION TO DECLARE THE AUTOMATIC STAY INAPPLICABLE

This Case is before the Court upon the State of Florida, Department of Legal Affairs, Office of the Attorney General's ("Movant") Motion to Declare the Automatic Stay Inapplicable. After a hearing on December 14, 2005, it is

ORDERED:

1. Movant's Motion to Declare the Automatic Stay Inapplicable is granted.

2. Movant may pursue its state court action, in Duval County Circuit Court, Case Number 2005-CA-000564, for alleged violations of consumer protection laws.

3. Movant shall not seek to enforce any money judgment against Debtor so long as the automatic stay remains in effect as to any creditor of the Debtor.

Dated this ___6___ day of February 2006 in Jacksonville, Florida.

　　　　　　　　　　　　　　　　　　　George L. Proctor
　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge

Copies to:
All interested creditors